Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-12538

| Caption: | |
|---|---|
| DATUM SOFTWARE, INC., Plaintiff-Appellant, vs. CITIZANT, INC., Defendant-Appellee | District and Division: Middle AL Northern<br>Name of Judge: Hon. Kelly F. Pate<br>Nature of Suit: Fraud / Contract<br>Date Complaint Filed: 02-10-2023<br>District Court Docket Number: 2:23-cv-00136-KFP<br>Date Notice of Appeal Filed: 08-04-2023<br>☐ Cross Appeal  ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes  ☑ No<br>If Yes, provide<br>(a) Caption: _____<br>(b) Citation: _____<br>(c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Micheal S. Jackson | P.O. Box 239<br>Montgomery, AL 36101 | (334) 264-9472<br>(334) 264-9599 (fax)<br>mjackson@websterhenry.com |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | attached | attached | attached |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ unspecified<br>Amount Sought by Defendant:<br>$ n/a<br>Awarded:<br>$ n/a<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent   ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

WHETHER the USDC erred in dismissing Plaintiff's Complaint for failure to state a claim without providing Plaintiff an opportunity to amend the complaint which was filed in State court under a standard which was not the heightened pleading standard

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 18th DAY OF AUGUST, 2023.

MICHEAL S. JACKSON
NAME OF COUNSEL (Print)                                    SIGNATURE OF COUNSEL

COUNSEL FOR DEFENDANT-APPELLEE CITIZANT, INC:

J. Randall McNeill, Esq.
Jamie Helen Kidd Frawley
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700
Montgomery, AL 36124
Tel: (334) 386-0496
Fax: (334) 262-1889
rmcneill@wmwfirm.com
jfrawley@wmwfirm.com

Tenley A. Carp
Sara Lord
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
Tel: (202) 677-4066
Fax: (202) 677-4067
tenley.carp@agg.com
sara.lord@agg.com

Erin Winn
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Tel: (404) 873-8721
erin.winn@agg.com