IN THE UNITED STATE COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **DATUM SOFTWARE, INC.,** )  | |
| ) | |
| **Plaintiff-Appellant,** ) | |
| ) | |
| vs. ) | **Appeal Number: 23-12538-J** |
| ) | **District Court Docket No: 2:23-cv-00136-KFP** |
| **CITIZANT, INC.,** ) | |
| ) | |
| **Defendant-Appellee.** ) | |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT
OF APPELLANT DATUM SOFTWARE, INC.**

Plaintiff-Appellant Datum Software, Inc. is a Georgia corporation. It is not publicly traded and has no reportable affiliated entities or persons.

Pursuant to Fed. R. App. 26.1 and 11th Cir. R. 26.1-1, the undersigned hereby discloses the following list of known persons, associated persons, firms, partnerships and corporations that have an interest in the outcome of these two appeals:

1. Hon. Kelly F. Pate, District Judge, United States District Court for the Middle District of Alabama.

2. Datum Software, Inc., Plaintiff-Appellant.

3. Micheal S. Jackson, Counsel for Datum Software, Inc., Plaintiff-Appellant.

4. Citizant, Inc., Defendant-Appellee.

5. J. Randall McNeill, Counsel for Citizant, Inc., Defendant-Appellee.

6. Jamie Helen Kidd Frawley, Counsel for Citizant, Inc., Defendant-Appellee.

7. Tenley A. Carp, Counsel for Citizant, Inc., Defendant-Appellee.

8. Sara Lord, Counsel for Citizant, Inc., Defendant-Appellee.

# EXHIBIT A

9. Erin Winn, Counsel for Citizant, Inc., Defendant-Appellee.

10. Webster, Henry, Bradwell, Cohan, Speagle & DeShazo, P.C., Counsel for Datum Software, Inc., Plaintiff-Appellant.

11. Webb, McNeill, Walker, P.C., Counsel for Citizant, Inc., Defendant-Appellee.

12. Arnall Golden Gregory, LLP, Counsel for Citizant, Inc., Defendant-Appellee.

DONE this the 23rd day of August, 2023.

**/s/ Micheal S. Jackson**

MICHEAL S. JACKSON (ASB-0873-O78M) Attorney for Plaintiff-Appellant Datum Software, Inc.

OF COUNSEL:

WEBSTER, HENRY, BRADWELL, COHAN, SPEAGLE & DESHAZO, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0116
Telephone:  (334) 264-9472
Facsimile:   (334) 264-9599
Email:        mjackson@websterhenry.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the following by directing same to counsel's office address via United States first class mail, postage prepaid, or by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing on this 23rd day of August, 2023:

J. Randall McNeill, Esq.
Jamie Helen Kidd Frawley
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700
Montgomery, AL 36124
Tel: (334) 386-0496
Fax: (334) 262-1889
rmcneill@wmwfirm.com
jfrawley@wmwfirm.com

Tenley A. Carp
Sara Lord
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
Tel: (202) 677-4066
Fax: (202) 677-4067
tenley.carp@agg.com
sara.lord@agg.com

Erin Winn
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Tel: (404) 873-8721
erin.winn@agg.com

                                                  /s/ Micheal S. Jackson

                                                  OF COUNSEL